USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CARMEN MARIBEL RIVERA, *individually and on behalf of others similarly situated*,

                Plaintiff,

-v-

JM FAMILY CHILD DAY CARE LLC.,
*doing business as* JM FAMILY CARE, *et al.*,

                Defendant.

-----------------------------------------------------------------X

1:25-cv-1930-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On June 25, 2025, the Clerk of Court entered a certificate of default against Defendants. Dkt. Nos. 20, 21. As of the date of this order, Defendants have not appeared in this action. The Court expects that any application for an order to show cause why default judgment should not be entered will be filed no later than September 1, 2025. The Court expects that any application for an order to show cause why default judgment should not be entered will fully comply with the Court's Individual Rules, specifically Attachment A to the Individual Rules of Practice in Civil Cases. Plaintiff is directed to serve a copy of this order on each Defendant and to retain proof of service.

    SO ORDERED.

Dated: August 12, 2025
       New York, New York

                                                  GREGORY H. WOODS
                                                  United States District Judge