```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
CARMEN MARIBEL RIVERA, *individually and on*                      :
*behalf of others similarly situated*,                            :
                                                                  :             1:25-cv-1930-GHW
                                                                  :
                                              Plaintiff,          :
                                                                  :                 ORDER
                                                                  :
                      -v-                                         :
                                                                  :
                                                                  :
JM FAMILY CHILD DAY CARE LLC, *doing*                             :
*business as* JM FAMILY CARE, *and* JOSE MARTE,                   :
                                                                  :
                                              Defendants.         :
                                                                  :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On June 25, 2025, the Clerk of Court entered a certificate of default against Defendants. Dkt. Nos. 20, 21. On August 12, 2025, the Court instructed that it expected that any application for an order to show cause as to why default judgment should not be entered would be filed no later than September 1, 2025. The Court specifically noted that "expects that any application for an order to show cause why default judgment should not be entered will fully comply with the Court's Individual Rules, specifically Attachment A to the Individual Rules of Practice in Civil Cases." Dkt. No. 22.

      On August 29, 2025, Plaintiff filed materials in connection with an application for an order to show cause as to why default judgment should be entered. Dkt. Nos. 24–27. However, Plaintiff's materials did not fully comply with the Court's Individual Rules. In particular, Plaintiff's memorandum of law does not set forth "the elements of each cause of action as to which default judgment is sought, with supporting legal authority," nor does it provide "an analysis demonstrating that the facts pleaded in the complaint support the conclusion that the relevant defendant is liable with respect to that cause of action" for each defendant and for each cause of action as to which

default judgment is sought, as required by the Court's Individual Rules. *See* Individual Rules of Civil Practice, Attachment A, Rule 2(b)(ii)–(iii). Plaintiff is directed to submit any renewed application in full compliance with the Court's Individual Rules by no later than September 12, 2025. Plaintiff is specifically directed to review and comply with Rule 2(b)(ii)–(iii) of Attachment A to the Court's Individual Rules.

      Plaintiff is directed to serve a copy of this order on each Defendant and to retain proof of service.

      SO ORDERED.

Dated: September 2, 2025

                                            GREGORY H. WOODS
                                            United States District Judge