# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

---

September 12, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025
```

**MEMORANDUM ENDORSED**

Honorable Judge Gregory Woods
United States District Court
Southern District of New York

　　　　　　　　　　**Re:**　**Rivera v. JM Family Child Day Care LLC, et al.**
　　　　　　　　　　　　　Case No.: 25-cv-01930

Dear Judge Woods:

　　　This office represents the Plaintiff in the above-referenced matter. We write to respectfully request a 14-day extension of time for Plaintiff to file a motion for default judgment that complies with your Honor's part rules. The current deadline is September 12, 2025, and the extended deadline would be September 26, 2025. The reason for the request is that the undersigned needs additional time to prepare the motion. This is the first time the Plaintiff is requesting the relief herein.

　　　We thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Robert Jun
　　　　　　　　　　　　　　　　　　　　　　　Robert Jun
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL FAILLACE &
　　　　　　　　　　　　　　　　　　　　　　　ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

*Certified as a minority-owned business in the State of New York*

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**

Application granted.  In the event Plaintiff intends to prosecute its case by way of order to show cause why default judgment should not be entered, the Court expects it to do so, in full compliance with the procedure articulated in the Court's Individual Rules of Practice in Civil Cases, no later than September 26, 2025 . Plaintiff is specifically directed to comply with Rule 3(G) of the Court's Individual Rules. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 30.

SO ORDERED.

Dated:  September 15, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2