USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/06/2025__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
CARMEN MARIBEL RIVERA, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

    -against-

JM FAMILY CHILD DAY CARE LLC (d/b/a JM FAMILY CARE), and JOSE MARTE,

                *Defendants,*
-----------------------------------------------------------------X

Civil Action No. **1:25-cv-01930-GHW**

~~[Proposed Form Of]~~
**JUDGMENT**

## **JUDGMENT**

    On October 30, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

   NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    That the Plaintiff, CARMEN MARIBEL RIVERA, has judgment against JM FAMILY CHILD DAY CARE LLC (d/b/a JM FAMILY CARE), and JOSE MARTE, jointly and severally, in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated: __November 6__, 2025

                                                   _____
                                                   HON. JUDGE GREGORY H. WOODS
                                                        U.S. DISTRICT JUDGE