**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

CARMEN MARIBEL RIVERA, *individually and on behalf of others similarly situated,*

          *Plaintiff*,

   -against-

JM FAMILY CHILD DAY CARE LLC (d/b/a JM FAMILY CARE), and JOSE MARTE,

          *Defendants,*

----------------------------------------------------------------X

Civil Action No. **1:25-cv-01930-GHW**

**JUDGMENT**

## JUDGMENT

On November 30, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, CARMEN MARIBEL RIVERA, has judgment against JOSE MARTE in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2025

                                                _____
                                                HON. JUDGE GREGORY H. WOODS
                                                     U.S. DISTRICT JUDGE