```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
CARMEN MARIBEL RIVERA, *individually and on behalf of others similarly situated,*

                  *Plaintiff,*

    -against-

JM FAMILY CHILD DAY CARE LLC (d/b/a JM FAMILY CARE), and JOSE MARTE,

                  *Defendants,*
------------------------------------------------------------------X

Civil Action No. **1:25-cv-01930-GHW**

**JUDGMENT**

## JUDGMENT

On November 4, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, CARMEN MARIBEL RIVERA, has judgment against JOSE MARTE in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated: November 7, 2025

                                              _____
                                              HON. JUDGE GREGORY H. WOODS
                                              U.S. DISTRICT JUDGE